| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Monroeville Operations, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Monroeville Rehabilitation and Wellness Center** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-4323280** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **4142 Monroeville Blvd**<br>**Monroeville, PA 15146**<br>Number, Street, City, State & ZIP Code | **485 Lexington Avenue, 10th Floor**<br>**New York, NY 10017**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Allegheny**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Monroeville Operations, LLC**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　**6231**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **Monroeville Operations, LLC** _____ Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See attached list of related debtors**    Relationship _____

District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Monroeville Operations, LLC**  Case number (*if known*)
Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Monroeville Operations, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 17, 2024**
MM / DD / YYYY

X **/s/ Louis E. Robichaux IV**          **Louis E. Robichaux IV**
Signature of authorized representative of debtor          Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Daniel R. Schimizzi**          Date  **May 17, 2024**
Signature of attorney for debtor          MM / DD / YYYY

**Daniel R. Schimizzi**
Printed name

**Whiteford Taylor & Preston, LLP**
Firm name

**11 Stanwix Street
Suite 1400
Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone  **412-275-2401**      Email address

**311869 PA**
Bar number and State

## List of Related Debtors

South Hills Operations, LLC
Monroeville Operations, LLC
Mt. Lebanon Operations, LLC
Murrysville Operations, LLC
Cheswick Rehabilitation and Wellness Center, LLC
3876 Saxonburg Boulevard Propco, LLC
North Strabane Rehabilitation and Wellness Center, LLC
100 Tandem Village Road Propco, LLC
Maybrook-C Briarcliff Opco, LLC
Maybrook-C Briarcliff Propco, LLC
Maybrook-C Evergreen Opco, LLC
Maybrook-C Evergreen Propco, LLC
Maybrook-C Kade Opco, LLC
Maybrook-C Kade Propco, LLC
Maybrook-C Latrobe Opco, LLC
Maybrook-C Latrobe Propco, LLC
Maybrook-C Overlook Opco, LLC
Maybrook-C Overlook Propco, LLC
Maybrook-C Silver Oaks Opco, LLC
Maybrook-C Silver Oaks Propco, LLC
Maybrook-C Whitecliff Opco, LLC
Maybrook-C Whitecliff Propco, LLC

## **RESOLUTION OF THE MANAGERS AND MEMBERS OF MONROEVILLE OPERATIONS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY**

Pursuant to laws of the State of Pennsylvania, the Articles of Organization of Monroeville Operations, LLC (and any amendments thereto), a Pennsylvania limited liability company (the "Company"), the managers and members of the Company, as evidenced by the signatures below, hereby adopt, ratify and approve the following resolution by written consent.

WHEREAS, the Company entered into or guaranteed a Lease of real property with Cuarzo Healthcare; and

WHEREAS, the Company owes rent in excess of $2.0 million; and

WHEREAS, the indebtedness and obligations owed to Cuarzo matured and/or are in default, and the Company does not have the ability to pay these debts or perform these obligations in full immediately;

IT IS HEREBY RESOLVED, that it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a petition be filed by the Company to protect its assets under the provisions of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") and to pursue a reorganization under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Pennsylvania; and it is

FURTHER RESOLVED, Louis E. Robichaux IV, Chief Restructuring Officer of Company (the "Authorized Officer"), is hereby authorized and directed, on behalf of and in the name of the Company, to execute and verify such petition and all other documents associated therewith and cause the same to be filed, and to take such other action as the Authorized Officer may deem appropriate or necessary to commence the bankruptcy case and seek relief under Chapter 11 of the Bankruptcy Code in a reorganization process with the Company's creditors, and that the execution and verification of the petition is hereby ratified and adopted; and the Authorized Officer shall have full discretion concerning the time of filing of these bankruptcy proceedings, and the Authorized Officer is further authorized, again in his discretion, to convert said proceedings into one under Chapter 7 of the Bankruptcy Code if the same, in his discretion, is appropriate and necessary; and it is

FURTHER RESOLVED, that the Authorized Officer be, and hereby is, authorized and empowered in the name and on behalf of the Company to retain and employ all assistance from legal counsel, including but not limited to Bass, Berry & Sims PLC and Whiteford, Taylor & Preston, LLC, from financial advisors, including but not limited to Ankura Consulting Group, LLC, and from other professionals, including but not limited to Blueprint Healthcare Real Estate Advisors, LLC and Cummings and Co. Realtors, LLC, as the Authorized Officer deems necessary and proper to enhance the prospects of a successful proceeding under Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that in the event that an involuntary proceeding under Title 11 of the United States Code against the Company or any of its subsidiaries or affiliates shall be commenced by any party or parties, that the Authorized Officer be, and hereby is, authorized and empowered in the name and on behalf of the Company to consent to an order of relief under the

Bankruptcy Code and to convert such a proceeding to one under Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that the Authorized Officer be, and hereby is authorized, empowered and directed to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file all such further documents, petitions, pleadings, declarations or instruments in the name and on behalf of the Company as in his judgment shall be necessary, desirable or advisable in order to pursue the Chapter 11 bankruptcy filing or to carry out the intent of and to accomplish the purposes of the foregoing resolutions, including without limitation agreements related to obtaining debtor-in-possession financing and agreements related to a sale of the Company's assets pursuant to section 363 of the Bankruptcy Code.

IN WITNESS WHEREOF, the undersigned, being members of the Company, have executed this Written Consent effective as of March 22, 2024.

**MEMBERS:**

**EL Buckeye West, LLC**

_____
By: Ephram Mordy Lahasky
Title: Manager

**PA2 Holdings, LLC**


_____
By: Sam Halper
Title: Manager

**GL1, LLC**


_____
By: David Gast
Title: Manager

Bankruptcy Code and to convert such a proceeding to one under Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that the Authorized Officer be, and hereby is authorized, empowered and directed to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file all such further documents, petitions, pleadings, declarations or instruments in the name and on behalf of the Company as in his judgment shall be necessary, desirable or advisable in order to pursue the Chapter 11 bankruptcy filing or to carry out the intent of and to accomplish the purposes of the foregoing resolutions, including without limitation agreements related to obtaining debtor-in-possession financing and agreements related to a sale of the Company's assets pursuant to section 363 of the Bankruptcy Code.

IN WITNESS WHEREOF, the undersigned, being members of the Company, have executed this Written Consent effective as of March 22, 2024.

**MEMBERS:**

**EL Buckeye West, LLC**

_____
By: Ephram Mordy Lahasky
Title: Manager

**PA2 Holdings, LLC**

*[signature]*
_____
By: Sam Halper
Title: Manager

**GL1, LLC**

_____
By: David Gast
Title: Manager

Bankruptcy Code and to convert such a proceeding to one under Chapter 11 of the Bankruptcy Code; and it is

FURTHER RESOLVED, that the Authorized Officer be, and hereby is authorized, empowered and directed to take or cause to be taken all such further action and to sign, execute, acknowledge, certify, deliver, accept, record and file all such further documents, petitions, pleadings, declarations or instruments in the name and on behalf of the Company as in his judgment shall be necessary, desirable or advisable in order to pursue the Chapter 11 bankruptcy filing or to carry out the intent of and to accomplish the purposes of the foregoing resolutions, including without limitation agreements related to obtaining debtor-in-possession financing and agreements related to a sale of the Company's assets pursuant to section 363 of the Bankruptcy Code.

IN WITNESS WHEREOF, the undersigned, being members of the Company, have executed this Written Consent effective as of March 22, 2024.

**MEMBERS:**

**EL Buckeye West, LLC**

_____
By: Ephram Mordy Lahasky
Title: Manager

**PA2 Holdings, LLC**

_____
By: Sam Halper
Title: Manager

**GL1, LLC**

*/s/ D. Gast*
_____
By: David Gast
Title: Manager

| Debtor name | South Hills Operations, LLC |
|---|---|
| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA | |
| Case No. (If known) | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dept of Public Welfare-Office of Long-Term<br>Piatt Pl, Ste 470<br>Pittsburgh, PA 15222 | Dept of Public Welfare-Office of Long-Term<br>Tel: 848-757-0527<br>Email: lupshur@pa.gov | Trade Payable | D | | | $17,844,365.30 |
| 2 | ARRC One, LLC<br>AP FBO ARRC One<br>P.O. Box 823473<br>Philadelphia, PA 19182-3473 | ARRC One, LLC<br>Tel: 412-980-4719<br>Email: cynthia@ARRCone.com | Trade Payable | D | | | $2,753,839.45 |
| 3 | Interstate Insurance Company Risk Retention Group, Inc<br>1605 Main St, Ste 800<br>Sarasota, FL 34236-5823 | Interstate Insurance Company Risk Retention Group, Inc<br>Tel: 941-373-1113<br>Email: acarlton@pboa.com | Trade Payable | D | | | $1,264,608.48 |
| 4 | Med Plus Staffing LLC<br>4117 Old William Penn Hwy<br>Murrysville, PA 15668 | Med Plus Staffing LLC<br>Tel: 412-712-7185<br>Email: logan@medplusstaff.com | Trade Payable | D | | | $996,423.95 |
| 5 | ShiftMed, LLC<br>P.O. Box 124004<br>Dallas, TX 75312 | ShiftMed, LLC<br>Tel: 866-892-6221<br>Email: billigsupport@shiftmed.com | Trade Payable | D | | | $924,834.19 |
| 6 | MDS RX<br>246 Friendship Cir<br>Beaver, PA 15009 | MDS RX<br>Tel: 724-512-8767<br>Email: cdaufen@mdsrx.com | Trade Payable | D | | | $880,535.54 |

Debtor name  **South Hills Operations, LLC** _____   Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  Western PA Consultants, LLC<br>795 Hillcrest Pl<br>Valley Stream, NY 11581-3127 | Western PA Consultants, LLC<br>Tel: 718-483-5093<br>Email: dovikohn@gmail.com | Trade Payable | D | | | $809,909.52 |
| 8  Alixa RX LLC<br>P.O. Box 645331<br>Pittsburgh, PA 15264-5331 | Alixa RX LLC<br>Tel: 214-778-0333<br>Email: savage@alixarx.com | Trade Payable | D | | | $722,548.29 |
| 9  Twomagnets Inc dba Clipboard Health<br>P.O. Box 103125<br>Pasadena, CA 91189-3125 | Twomagnets Inc dba Clipboard Health<br>Tel: 415-604-3272<br>Email: billing@clipboardhealth.com | Trade Payable | D | | | $670,520.51 |
| 10  P&G Brokerage, Inc<br>1648 61st St<br>Brooklyn, NY 11204 | P&G Brokerage, Inc<br>Tel: 718-854-2818 ext 127<br>Email: baila@pandginsurance.com | Trade Payable | D | | | $661,721.62 |
| 11  Care Connection Nursing<br>240 Executive Dr<br>P.O. Box 1862<br>Cranberry Township, PA 16066 | Care Connection Nursing<br>Tel: 814-771-1268<br>Email: info@careconnectionursing.com | Trade Payable | D | | | $657,538.43 |
| 12  All American Healthcare Services, Inc<br>P.O. Box 825160<br>Philadelphia, PA 19182-5160 | All American Healthcare Services, Inc<br>Tel: 862-339-4075<br>Email: k.gonzalez@allshifts.com | Trade Payable | D | | | $646,279.52 |
| 13  ReadyShift Staffing LLC<br>5877 Commerce St, Ste 212<br>Pittsburgh, PA 15206 | ReadyShift Staffing LLC<br>Tel: 412-851-6300<br>Email: info@readyshiftstaff.com | Trade Payable | D | | | $610,897.32 |

**Debtor name**  South Hills Operations, LLC                                    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Mckesson<br>P.O. Box 630693<br>Cincinnanti, OH 45263-0693 | Mckesson<br>Tel: 800-453-5180 Ext 50248<br>Email: Brooke.Williams@McKesson.com | Trade Payable | D | | | $477,474.13 |
| 15  Advanced Distributors<br>P.O. Box 4<br>Bayonne, NJ 07002 | Advanced Distributors<br>Tel: 718-871-4666<br>Email: advanced.esti@gmail.com | Trade Payable | D | | | $450,352.16 |
| 16  Oncall Medical Staffing, Inc<br>316 E 6th Ave<br>Tarentum, PA 15084 | Oncall Medical Staffing, Inc<br>Tel: 412-646-4219<br>Email: mtaliaf@oncall-medicalstaffing.com | Trade Payable | D | | | $440,931.14 |
| 17  Reliant Staffing, LLC<br>P.O. Box 495<br>Harrison City, PA 15636 | Reliant Staffing, LLC<br>Tel: 412-215-5959<br>Email: jeff@reliantstaffing.com | Trade Payable | D | | | $379,132.81 |
| 18  SASM&F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | SASM&F LLP<br>Tel: 617-573-4840<br>Email: Michael.loucks@skadden.com | Trade Payable | D | | | $331,142.17 |
| 19  Favorite Healthcare Staffing<br>P.O. Box 26225<br>Overland Park, KS 66225 | Favorite Healthcare Staffing<br>Tel: 800-676-3456<br>Email: daaron.amrine@favoritestaffing.com | Trade Payable | D | | | $308,786.40 |
| 20  US Foods, Inc<br>9399 W Higgins Rd<br>Rosemont, IL 60018 | US Foods, Inc<br>Tel: 847-268-5459<br>Email: bryan.huler@usfoods.com | Trade Payable | D | | | $291,386.18 |

**Debtor name** South Hills Operations, LLC     Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 Shiftkey, LLC<br>P.O. Box 735913<br>Dallas, TX 75373 | Shiftkey, LLC<br>Tel: 469-947-9977<br>Email: laura.carpenter@shiftkey.com | Trade Payable | D | | | $273,663.71 |
| 22 UPMC Health Plan<br>600 Grant St<br>Pittsburgh, PA 15219 | UPMC Health Plan<br>Tel: 888-499-6913<br>Email: shellma@upmc.edu | Trade Payable | D | | | $229,297.15 |
| 23 Maxim Staffing<br>12558 Collections Center Dr<br>Chicago, IL 60693 | Maxim Staffing<br>Tel: 443-430-7525<br>Email: vilignel@maximstaffing.com | Trade Payable | D | | | $209,163.18 |
| 24 Medline Industries<br>P.O. Box 382075<br>Pittsburgh, PA 15251-8075 | Medline Industries<br>Tel: 847-643-3128<br>Email: Mzanoni@medline.com | Trade Payable | D | | | $203,047.51 |
| 25 Specialty Medical Products, Inc<br>50 Pennsylvania Ave<br>Malvern, PA 19355 | Specialty Medical Products, Inc<br>Tel: 610-644-1370<br>Email: akauler@smpcares.com | Trade Payable | D | | | $193,367.35 |
| 26 First Insurance Funding<br>P.O. Box 7000<br>Carol Stream, IL 60197-7000 | First Insurance Funding<br>Tel: 800-837-3707<br>Email: csr@firstinsurancefunding.com | Trade Payable | D | | | $160,598.79 |
| 27 Flagstar Staffing<br>117 Ditmas Ave<br>Brooklyn, NY 11218 | Flagstar Staffing<br>Tel: 718-534-7400 Ext 121<br>Email: ykaplan@fsnursing.com | Trade Payable | D | | | $159,165.34 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims     Page 4

Debtor name **South Hills Operations, LLC**      Case No. (If known) _____

**(Continuation Sheet)**

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 28 Zimmet Healthcare Services Group, LLC<br>200 Rte 9 N, Ste 500<br>Manalapan, NJ 07726 | Zimmet Healthcare Services Group, LLC<br>Tel: 732-970-0733<br>Email: billing@zhealthcare.com | Trade Payable | D | | | $144,000.00 |
| 29 Allstate Medical<br>34 35th St<br>Brooklyn, NY 11232 | Allstate Medical<br>Tel: 718-369-7100 Ext 107<br>Email: jackw@allstatemedical.com | Trade Payable | D | | | $132,158.96 |
| 30 Centers for Medicare and Medicaid Services<br>801 Market St, Ste 9400<br>Philadelphia, PA 19107-3134<br>CMS may have recovered some or all of this amount through offset and/or recoupment. | Centers for Medicare and Medicaid Services<br>Tel: 215-861-4203<br>Email: enforcement@cms.hhs.gov | Trade Payable | D | | | $119,065.50 |

**Fill in this information to identify the case:**

Debtor name: **Monroeville Operations, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 17, 2024**    X **/s/ Louis E. Robichaux IV**
Signature of individual signing on behalf of debtor

**Louis E. Robichaux IV**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Monroeville Operations, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Monroeville Operations, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**EL Buckeye West, LLC**  
**1800 Rockaway, Suite 200**  
**Hewlett, NY 11557**

**GL1, LLC**  
**1800 Rockaway, Suite 200**  
**Hewlett, NY 11557**

**PA2 Holdings, LLC**  
**1800 Rockaway, Suite 200**  
**Hewlett, NY 11557**

☐ None [*Check if applicable*]

**May 17, 2024**  
Date

/s/ Daniel R. Schimizzi  
**Daniel R. Schimizzi**  
Signature of Attorney or Litigant  
Counsel for  **Monroeville Operations, LLC**  
**Whiteford Taylor & Preston, LLP**  
**11 Stanwix Street**  
**Suite 1400**  
**Pittsburgh, PA 15222**  
**412-275-2401 Fax:412-275-2404**